# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2278 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 112 DB 2015 |
| | : | |
| | : | Attorney Registration No. 94493 |
| v. | : | |
| | : | (Blair County) |
| PERRY LYNN FLAUGH | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 12th day of August, 2016, upon consideration of the Report and Recommendations of the Disciplinary Board, Perry Lynn Flaugh is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Pa.R.D.E 217. Respondent shall pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).

Justice Mundy dissents and would impose a two-year suspension.